$50 FEE PAID
# 1183106
FEE NOT PAID
(SEND LETTER)

ORIGINAL

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 FEB 22 P 10: 36

AT BALTIMORE
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SHARI CHASE, et al. | * |
| Plaintiffs | * |
| vs. | * Case No.: WMN-01-3169 |
| THE SCOTTS COMPANY | * |
| Defendant | * |
| | * |

\_\_\_ FILED \_\_\_ ENTERED
\_\_\_ LODGED \_\_\_ RECEIVED

FEB 26 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                        DEPUTY

**********

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Harry S. Johnson, am a member in good standing of the bar of this Court. My bar number is M00618. I am moving the admission of Joseph C. Kearfott to appear *pro hac vice* in this case as counsel for The Scotts Company.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Virginia State Courts | 1972 |
| U.S. District Court for the Eastern and Western Districts of Virginia | 1973 |
| U.S. Court of Appeals for the 1st Circuit | 1981 |
| U.S. Court of Appeals for the 4th Circuit | 1973 |
| U.S. Court of Appeals for the 5th Circuit | 1982 |
| U.S. Court of Appeals for the 11th Circuit | 1982 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court "0" times.



3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands that he shall be subject to the disciplinary jurisdiction of this Court.

5. The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

6. Either the undersigned movant or Dwight W. Stone, II, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7. **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

**MOVANTS:**

_____
Harry S. Johnson
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202
Telephone: 410-347-8700
Fax: 410-752-7092
Federal Bar No.: M00618

**PROPOSED ADMITTEE:**

_____
Joseph C. Kearfott
Hunton & Williams
951 E. Byrd Street
Riverfront Plaza, East Tower
Richmond, Virginia 23219
Telephone: 804-788-8200
Fax: 804-788-8218

........................................................................................

## ORDER

☑ GRANTED            ☐ DENIED

2/26/02                                 _____
Date                                    United States District Court Judge

1405817

2