ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SHARI CHASE, et al. | * | |
| Plaintiffs | * | |
| Vs. | * | Case No.: WMN-01-3169 |
| THE SCOTTS COMPANY | * | |
| Defendant | * | |
| | * | |

**********

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Harry S. Johnson, am a member in good standing of the bar of this Court. My bar number is M00618. I am moving the admission of Brian J. Schneider to appear *pro hac vice* in this case as counsel for The Scotts Company.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Virginia State Courts | October 2000 |
| U.S. District Court for the Eastern and Western Districts of Virginia | August 2001 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court "0" times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.




4.  The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands that he shall be subject to the disciplinary jurisdiction of this Court.

5.  The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

6.  Either the undersigned movant or Dwight W. Stone, II, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.  **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

**MOVANTS:**

_____
Harry S. Johnson
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202
Telephone: 410-347-8700
Fax: 410-752-7092
Federal Bar No.: M00618

**PROPOSED ADMITTEE:**

_____
Brian J. Schneider
Hunton & Williams
951 E. Byrd Street
Riverfront Plaza, East Tower
Richmond, Virginia 23219
Telephone: 804-788-8200
Fax: 804-788-8218

prid 282426
plid 76293

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## ORDER

☑ GRANTED        ☐ DENIED

_2/27/02_____          _____
Date                            United States District Court Judge

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of February, 2002, a copy of the foregoing Motion for Admission *Pro Hac Vice* was served via first class mail upon the following:

>Lars S. Liebeler, Esquire
>Paul S. Thaler, Esquire
>Thaler Liebeler, L.L.P.
>1919 Pennsylvania Avenue, N.W.
>Suite 200
>Washington, DC  20006
>
>Thomas P. Ryan, Esquire
>McCarthy, Wilson & Ethridge
>100 S. Washington Street
>Rockville, MD  20850
>
>*Attorneys for Plaintiffs*

Harry S. Johnson

1405817