UNITED STATES DISTRICT COURT \_\_\_\_\_FILED   \_\_\_\_\_ENTERED
FOR THE DISTRICT OF MARYLAND \_\_\_\_\_LODGED  \_\_\_\_\_RECEIVED

MAR 2 1 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____DEPUTY

| | |
|---|---|
| SHARI CHASE, et ux. ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. WMN-01-3169 |
| THE SCOTTS COMPANY ) | |
| Defendant. ) | |

## ORDER

The parties joint motion for continuance of the scheduling order is before the Court. For good cause shown, the motion is hereby GRANTED

AND IT IS FURTHER ORDERED that the following deadlines are hereby established:

| | |
|---|---|
| Defendants Rule 26(a)(2) disclosure | April 1, 2002 |
| Plaintiff's rebuttal Rule 26(a)(2) | April 15, 2002 |
| Rule 26(e)(2) supplementation | April 22, 2002 |
| Discovery Deadline / Status Report | May 17, 2002 |
| Request for Admissions | May 24, 2002 |
| Dispositive Motions | June 7, 2002 |

All other provisions of the December 7, 2001 scheduling order are in full force and effect.

SO ORDERED this 21st day of March, 2002.

William M. Nickerson
United States District Judge