UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SHARI CHASE, et ux.  )
 )
    Plaintiffs,  )
 )
v.  )    Civil Action No. WMN-01-3169
 )
THE SCOTTS COMPANY  )
 )
    Defendant.  )

### ORDER

The Plaintiffs' motion for leave to file a First Amended Complaint is before the Court. For good cause shown, the motion is hereby GRANTED.

IT IS FURTHER ORDERED that the individual claim for damages for Mark Chase that has been withdrawn from the case by virtue of the filing of the First Amended Compliant is hereby dismissed with prejudice.

AND IT IS FURTHER ORDERED that the Defendant shall have ten (10) days from the date of this order to file a responsive pleading.

SO ORDERED this 5th day of June, 2002.

William M. Nickerson
United States District Judge