IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SHARI CHASE, et al.    :

v.    :    CIVIL ACTION NO. WMN-01-3169

THE SCOTTS COMPANY    :

## AMENDED SCHEDULING ORDER

1. A pretrial conference is scheduled for <u>October 24, 2002</u> at 2:15 a.m. The pretrial order is due in chambers five days prior to the pretrial conference.

2. Requested voir dire, jury instructions and witness lists shall be submitted in duplicate by <u>October 24, 2002</u>. Any request for an instruction should be based on the pattern Modern Federal Jury Instructions, Sand et al. or, where Maryland law is applicable, on the Maryland Pattern Jury Instructions. Submissions should be by photocopy of the pattern instruction with any requested change or modification handwritten by interlineation.

3. The <u>7 day</u> jury trial in this matter shall commence on <u>November 4, 2002</u>, at 10:00 A.M.; counsel are to arrive in chambers at 9:30 a.m. to discuss voir dire and jury instructions.

4. Counsel for the parties shall mark their documentary or physical evidence numerically in advance of trial, and shall provide a list containing a brief description of each item so marked. [Please contact my courtroom deputy, Mary Jo Lauman (410)962-2600 prior to the submission of the exhibit list to insure an accurate format.] Counsel for the plaintiff shall file said list with the court, in quadruplicate, and shall serve a copy on defendant's counsel not later than <u>October 17, 2002</u>. Counsel for the defendant



shall file said list with the Court and shall serve a copy on plaintiff's counsel, not later than <u>October 24, 2002</u>.

      6. The Clerk of Court shall mail copies of this Scheduling Order to counsel in this case.

*[signature]*
William M. Nickerson
United States District Judge

Dated: 6/6/02