**THALER**
**LIEBELER**
**LLP**
Law Offices

1919 Pennsylvania Avenue, N.W., Suite 200, Washington, DC 20006
Telephone: (202) 466-4110   Facsimile: (202) 466-2693
Offices also in: Chevy Chase, MD   Fairfax, VA

Lars H. Liebeler
Direct Dial: (202) 828-9867
E-Mail: LLiebeler@ThalerLiebeler.com

June 17, 2002

**Via Overnight Mail**

The Honorable William M. Nickerson
United States District Court
District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201-2671
Telecopy: (410) 962-2577

    Re:    *Chase v. The Scotts Company*, No. WMN-01-3169

Dear Judge Nickerson:

    Given the complexity of the issues, and the schedules of counsel, the parties hereby propose the following briefing schedule with respect to the Defendant's Motion for Summary Judgment and Motions to Exclude Expert Testimony, filed June 7, 2002:

    Plaintiffs' Opposition Due:    July 12, 2002
    Defendant's Reply Due:    July 29, 2002

    All counsel agree to this proposed schedule.

                Respectfully Submitted,

                Lars H. Liebeler
                Counsel for Plaintiffs, Shari Chase et ux.

So Ordered: _____ 6/19/02
            William M. Nickerson
            United States District Judge

## CERTIFICATE OF SERVICE

      I hereby certify that on this day, June 17, 2002, a copy of the foregoing instrument was mailed, first class, postage prepaid, to:

Harry S. Johnson, Esq.
Whiteford, Taylor & Preston, LLP
Seven Saint Paul Street
Baltimore, Maryland 21202-1626
*Counsel for Defendant*

Joseph C. Kearfott, Esq.
Brian J. Schneider, Esq.
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
*Counsel for Defendant*

_____
Lars H. Liebeler