IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SHARI CHASE, et al. | : | |
| v. | : | Civil Action WMN-01-3169 |
| THE SCOTTS COMPANY | : | |
| | : | |

### ORDER

In accordance with the foregoing Memorandum and for the reasons stated therein, IT IS this 15th day of October, 2002 by the United States District Court for the District of Maryland, ORDERED:

1) That Defendant's Motion to Exclude Testimony of Richard Albright, Paper No. 17, and Defendant's Motion to Exclude Testimony of Dr. John Adams, Paper No. 18, are both GRANTED in part and DENIED in part as set out in the accompanying memorandum

2) That Defendant's motion for summary judgment, Paper No. 19, is DENIED; and

3) That the Clerk of Court shall mail or transmit copies of this Memorandum and Order to all counsel of record.

_____
William M. Nickerson
Senior United States District Judge

