UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SHARI CHASE, et ux        :

      Plaintiffs       :

vs.                       : Civil Action No.:
                          WMN-01-3169

THE SCOTTS COMPANY        :

      Defendant        :

## O R D E R

Upon consideration of the Consent Motion to Reopen Action for the purpose of consummating the settlement of the parties, and good cause having been shown, it is by The United States District Court for the District of Maryland, this ___18th___ day of December 2002,

O R D E R E D, that the Consent Motion to Reopen Action be, and it is hereby GRANTED.

                                        _____
                                        William M. Nickerson
                                        Judge, United States District
                                        Court for the District of
                                        Maryland

LAW OFFICES
MCCARTHY WILSON
100 SOUTH WASHINGTON ST.
ROCKVILLE, MD 20850
(301) 762-7770

Copies Mailed To:

Thomas Patrick Ryan, Esquire
McCarthy Wilson
100 South Washington Street
Rockville, Maryland 20850

Lars H. Liebeler, Esquire
Paul S. Thaler, Esquire
1919 Pennsylvania Avenue, N.W.
Suite 200
Washington, D.C. 20006

*Attorneys for Plaintiffs*


Joseph C. Kearfott, Esquire
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074

Harry S. Johnson, Esquire
Whiteford, Taylor & Preston, LLP
Seven Saint Paul Street
Baltimore, Maryland 21202-1626

*Attorneys for Defendant*