IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | |
|---|---|
| SHARI CHASE AND MARK CHASE, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO.: WMN-01-3169 |
| ) | |
| THE SCOTTS COMPANY ) | |
| ) | |
| Defendant. ) | |

## ORDER ALLOWING FILING OF SECOND AMENDED COMPLAINT

Plaintiffs' Motion for Leave to File a Second Amended Complaint is before the Court. For good cause shown and it appearing that the defendant has no objection, the Motion is hereby GRANTED.

IT IS FURTHER ORDERED that Defendant's Answer to Plaintiffs' First Amended Complaint shall be considered to be its responsive pleading to the Second Amended Complaint, with all additional material allegations being denied by defendant, and that defendant therefore is not required to file a separate responsive pleading to the Second Amended Complaint.

So ordered this __18th__ day of ~~November~~ December 2002.

_____
William M. Nickerson
United States District Judge