IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | |
|---|---|
| SHARI CHASE AND MARK CHASE, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO.: WMN-01-3169 |
| ) | |
| THE SCOTTS COMPANY ) | ____FILED ____ENTERED |
| ) | ____LODGED ____RECEIVED |
| Defendant. ) | |
| | DEC 1 9 2002 |
| | AT BALTIMORE |
| | CLERK U.S. DISTRICT COURT |
| | DISTRICT OF MARYLAND |
| | BY _____ DEPUTY |

## ORDER DISMISSING ACTION

This matter is before the Court on the joint motion of the plaintiffs and of the defendant that the case be dismissed with prejudice. It appearing to the Court that all matters sued on in the Second Amended Complaint have been compromised and settled, it is ORDERED that this action be, and it hereby is, dismissed with prejudice.

So ordered this __19th__ day of ~~November~~ December 2002.

_____
William M. Nickerson
United States District Judge

54936.000034 RICHMOND 920762v1